LINES, INC. C. A. 5th Cir. Certiorari denied. *L. Barrett Jones* for petitioners. *Carl B. Callaway* for respondent.

No. 719. SOBELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Howard N. Meyer* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 748. PATTERSON *v.* ANDERSON, ADMINISTRATRIX. Supreme Court of Appeals of Virginia. Certiorari denied. *Belford V. Lawson, Jr.* for petitioner. *Roy G. Allman* for respondent.

No. 761. COMPANIA SUD-AMERICANA DE VAPORES, SUED HEREIN AS "CHILEAN LINE," ALSO KNOWN AS SUD-AMERICANA DE VAPORES OF VALPARAISO, *v.* MOLLICA. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *Jacob Rassner* for respondent.

No. 684. MARACHOWSKY *v.* UNITED STATES; and
No. 685. MARACHOWSKY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *William D. Donnelly* for petitioners. *Acting Solicitor General Stern, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 687. ROSENBERG ET AL. *v.* UNITED STATES. C. A. 2d Cir. Motions for leave to file briefs of National Lawyers Guild and Joseph Brainin et al., as *amici curiae*, denied. Certiorari denied. The order of the United States Court of Appeals of February 17, 1953, granting a stay of execution is vacated. MR. JUSTICE BLACK and